# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

MILLENNIUM PHARMACY SYSTEMS,
LLC F/K/A MILLENNIUM PHARMACY
SYSTEMS, INC. D/B/A PHARMERICA

     Plaintiff,

v.

ALICE OPERATOR, LLC D/B/A
AUTUMN LAKE HEALTHCARE AT
ALICE MANOR A/K/A ALICE MANOR
NURSING HOME

     Defendant

Civil Action No. 16-cv-3467-JKB

---

## AFFIDAVIT OF BERARD TOMASSETTI

---

I, Berard Tomassetti, being duly sworn, state as follows from my personal knowledge:

1.    I am over the age of eighteen and fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are true and correct to the best of my knowledge.

2.    I am the Senior Vice President and Chief Accounting Officer for PharMerica Corporation, the parent company of Plaintiff Millennium Pharmacy Systems, LLC f/k/a Millennium Pharmacy Systems, Inc. d/b/a PharMerica ("PharMerica"). As part of my employment with PharMerica, I have personally reviewed the documents in PharMerica's file and the transaction histories relevant to the debt owed by Alice Operator, LLC d/b/a Autumn Lake Healthcare at Alice Manor a/k/a Alice Manor Nursing Home ("Defendant") that is the subject of this lawsuit. Further,

I am knowledgeable about the facts stated in this Affidavit, and if called upon to testify, I could and would competently do so.

3.    PharMerica and Defendant entered into a Pharmacy Services Agreement ("PSA") on September 1, 2014. A copy of the redacted PSA is attached as Exhibit A.[1]

4.    Under the PSA, PharMerica agreed to submit monthly statements to Defendant, and Defendant agreed to pay each statement in full within 60 days of the billing date of the invoice. *See* Exhibit A, Section 2(c)(ii). Defendant also agreed to pay PharMerica interest on outstanding amounts due at an annual rate of 1.5% per month. *Id.*, § 2(c)(ii).

5.    Further, under the PSA, Defendants agreed to pay PharMerica's reasonable attorneys' fees and costs incurred in connection with or arising from the PSA. Exhibit A, § 3(e)(ii).

6.    After the PSA was executed, PharMerica delivered pharmacy-related goods and services to Defendant. PharMerica sent invoices to Defendant on a monthly basis and kept a record of the charges made for the pharmacy-related goods and services delivered as well as all payments that were made by Defendant.

7.    Defendant failed to pay invoices as they became due.

10.    An accurate list of the remaining unpaid invoice amounts due and owing by Defendant under the terms of the PSA is attached as Exhibit B.

11.    As of January 4, 2017, the total principal amount due and owing by Defendant to PharMerica for goods and services provided and invoiced under the PSA is $124,599.30. *See* Exhibit B. This amount is exclusive of PharMerica's attorneys' fees, interest, expenses, and costs of court.

12.    In addition, interest has accrued at the contractual rate of 1.5% per month. As of January 5, 2017, the accrued interest totals $28,095.18. See Exhibit B. Interest will continue to accrue after January 5, 2017 at the rate of $70.82 per day.

---

[1] The Agreement, pursuant to its terms, contains confidential information, including pricing information. Therefore, Plaintiff attaches a redacted version of the Agreement. An unredacted copy can be provided to the Court upon request.

13.     Therefore, as of January 5, 2017, the total amount of principal and interest owed by Defendant to PharMerica (exclusive of attorneys' fees and costs) is $152,694.48.

I declare under penalty of perjury that the foregoing statements are true and correct. Further Affiant sayeth naught.

Executed this ___9th___ day of January, 2017.

_____
Berard Tomassetti
Senior Vice President and Chief Accounting Officer
PharMerica Corporation


COMMONWEALTH OF KENTUCKY     )
                                                          )
COUNTY OF JEFFERSON              )

Subscribed and sworn before me by Berard Tomassetti on this ___9th___ day of January, 2017.

_____
Notary Public

My commission expires: December 10, 2019

NOTARY PUBLIC
ID NO. 547003
MY COMMISSION EXPIRES
12/10/2019
CONSTANCE M. GRIVOIS
STATE AT LARGE KY.

3

EXHIBIT A

## PHARMACY SERVICES AGREEMENT

This PHARMACY SERVICES AGREEMENT (the "Agreement"), dated September 1, 2014 (the "Effective Date") is between Millennium Pharmacy Systems, Inc., a Delaware corporation ("MPS") and Alice Operator, LLC d/b/a Alice Manor Nursing Home ("Customer").



REDACTED

REDACTED

2. Obligations of Customer.

REDACTED

3



c. <u>Payment</u>. Customer shall pay MPS as set forth below:



    ii. <u>Payment of Invoices</u>.  Customer shall remit payment in full within 60 days of the billing date of MPS' invoice.  Unpaid amounts will bear interest at the lesser of 1.5% per month or the greatest amount permitted by applicable law.  If Customer is in default of this Section 2.c, MPS may request, and Customer shall provide, Customer financial information, including without limitation, those financial statements customarily provided to third party lenders.



REDACTED

3. Mutual Agreements Of The Parties



e. Indemnification.





REDACTED

ii. <u>Other Indemnification</u>. Except with respect to the gross negligence or willful misconduct of a party, each party shall indemnify, defend, and hold harmless the other party from and against any and all third party claims, liabilities (including negligence, tort and strict liability), demands, actions, suits, and proceedings, losses, costs, expenses and damages, including reasonable attorneys' fees and costs (collectively, "Claims"), arising out of, connected with, or resulting from this Agreement, the System or the Services, and including any Claims relating to the manufacture, selection, purchase, delivery, possession, condition, use, operation, return, or other disposition of the System, with the exception of Claims related to the infringement of intellectual property, as set forth in Section 3.d.i.

REDACTED

REDACTED

Authorized representatives of the parties have executed this Agreement as of the Effective Date in counterparts.

ALICE OPERATOR, LLC D/B/A ALICE
MANOR NURSING HOME

By: _mark schwartz_
mark schwartz (Sep 5, 2014)

Print name: mark schwartz

Title: Director of operations

Address: _____

. _____

. _____

. _____

Attn: _____


MILLENNIUM PHARMACY SYSTEMS, INC.

By: _James Luthin_
James Luthin (Sep 5, 2014)

Print name: James C. Luthin

Title: EVP and CFO

Address:

Millennium Pharmacy Systems, Inc.

1515 West 22nd St., Suite 910W

Oakbrook, IL 60523

Attn: Legal Department

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

EXHIBIT B

|  | Per Diem | Interest Rate/Yearly |  |  | Terms |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  | 0.000493151 | 18.00% |  |  | 60 days |  |  |  |

Facility: Alice Manor

| Invoice Date | Total Charges | Payments | Total Balance Due | Due Date | Past Due Days | Per Diem | Interest |
|---|---|---|---|---|---|---|---|
| 1/31/2015 | $39,537.71 | $12,795.83 | $26,741.88 | 4/1/2015 | 645 | $13.19 | $8,506.12 |
| 2/28/2015 | $2,931.78 |  | $2,931.78 | 4/29/2015 | 617 | $1.45 | $892.06 |
| 3/31/2015 | $19,622.16 |  | $19,622.16 | 5/30/2015 | 586 | $9.68 | $5,670.54 |
| 4/30/2015 | $7,967.80 |  | $7,967.80 | 6/29/2015 | 556 | $3.93 | $2,184.71 |
| 5/31/2015 | $10,590.26 |  | $10,590.26 | 7/30/2015 | 525 | $5.22 | $2,741.86 |
| 6/30/2015 | ($12,899.27) |  | ($12,899.27) | 8/29/2015 | 495 |  |  |
| 7/31/2015 | $3,424.06 | $9,923.18 | ($6,499.12) | 9/29/2015 | 464 |  |  |
| 8/31/2015 | $20,013.20 | $16,539.83 | $3,473.37 | 10/30/2015 | 433 | $1.71 | $741.68 |
| 9/30/2015 | $16,282.38 | $15,132.84 | $1,149.54 | 11/29/2015 | 403 | $0.57 | $228.46 |
| 10/31/2015 | $27,829.12 | $21,743.68 | $6,085.44 | 12/30/2015 | 372 | $3.00 | $1,116.39 |
| 11/30/2015 | $35,689.23 | $27,894.32 | $7,794.91 | 1/29/2016 | 342 | $3.84 | $1,314.67 |
| 12/31/2015 | $29,852.32 | $26,574.05 | $3,278.27 | 2/29/2016 | 311 | $1.62 | $502.79 |
| 1/30/2016 | $213.78 |  | $213.78 | 3/30/2016 | 281 | $0.11 | $29.62 |
| 1/30/2016 | $20,917.03 | $18,939.75 | $1,977.28 | 3/30/2016 | 281 | $0.98 | $274.00 |
| 2/28/2016 | $23,574.99 | $20,939.89 | $2,635.10 | 4/28/2016 | 252 | $1.30 | $327.47 |
| 3/31/2016 | $32,718.89 | $20,015.51 | $12,703.38 | 5/30/2016 | 220 | $6.26 | $1,378.23 |
| 4/30/2016 | $29,501.82 | $19,040.45 | $10,461.37 | 6/29/2016 | 190 | $5.16 | $980.22 |
| 5/31/2016 | $18,515.52 | $15,117.09 | $3,398.43 | 7/30/2016 | 159 | $1.68 | $266.47 |
| 6/30/2016 | $24,113.18 | $17,827.14 | $6,286.04 | 8/29/2016 | 129 | $3.10 | $399.90 |
| 7/31/2016 | $27,305.22 | $23,405.73 | $3,899.49 | 9/29/2016 | 98 | $1.92 | $188.46 |
| 8/31/2016 | $36,140.75 | $27,680.96 | $8,459.79 | 10/30/2016 | 67 | $4.17 | $279.52 |
| 9/30/2016 | $3,946.69 |  | $3,946.69 | 11/29/2016 | 37 | $1.95 | $72.01 |
| 10/31/2016 | $357.42 |  | $357.42 | 12/30/2016 |  |  |  |
| 11/30/2016 | $23.51 |  | $23.51 | 1/29/2017 |  |  |  |
|  | $418,169.55 | $293,570.25 | $124,599.30 |  |  | $70.82 | $28,095.18 |

| Principal |  | $124,599.30 |
|---|---|---|
| Interest as of | 1/5/2017 | $28,095.18 |
| Total P+I |  | $152,694.48 |