UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MILLENNIUM PHARMACY SYSTEMS,
LLC F/K/A MILLENNIUM PHARMACY
SYSTEMS, INC. D/B/A PHARMERICA

    Plaintiff,

v.                                      Civil Action No. 16-cv-3467-JKB

ALICE OPERATOR, LLC D/B/A
AUTUMN LAKE HEALTHCARE AT
ALICE MANOR A/K/A ALICE MANOR
NURSING HOME

    Defendant

---

### AFFIDAVIT OF STEPHAN Y. BRENNAN

---

STATE OF MARYLAND     )
                                   ) ss. :
COUNTY OF ANNE ARUNDEL   )

Stephan Y. Brennan, being first duly sworn, deposes and states as follows:

1.     I am over the age of eighteen and fully competent to make this Affidavit. I have personal knowledge of the facts stated herein and they are true and correct to the best of my knowledge. I submit this affidavit in support of PharMerica's Motion for Entry Default Judgment.

2.     I am an attorney with the law firm of Iliff, Meredith, Wildberger & Brennan, P.C. ("IMWB"), Patriots Plaza, Suite 201-203, 8055 Ritchie Highway, Pasadena, Maryland 21122.

3. IMWB was retained to represent Plaintiff Millennium Pharmacy Systems, LLC f/k/a Millennium Pharmacy Systems, Inc. d/b/a PharMerica ("PharMerica") with respect to Alice Operator, LLC d/b/a Autumn Lake Healthcare at Alice Manor a/k/a Alice Manor Nursing Home's ("Alice Manor") defaults under a Pharmacy Services Agreement (the "PSA") between PharMerica and Alice Manor (the "Matter").

4. This action was commenced on October 18, 2016 by the filing of the Complaint. ECF No 1.

5. Defendant was served on October 29, 2016 by certified mailing to its registered agent, VCorp Services MD, Inc. ECF No. 4.

6. Defendant's response to the Complaint was due on November 21, 2016. No extension of time to respond has been sought or granted. *See generally* Docket Sheet.

7. Since filing the Complaint, IMWB has not received any communication from Alice Manor or any attorney representing Alice Manor. I checked the Docket Sheet in this case as of January 5, 2017, and again as of January 10, 2017, and Defendant has not filed an Answer or otherwise defended the action.

8. I have billed at the hourly rates of $250.00 on the Matter. My hourly rate for the Matter is within the range of normal hourly rates I bill on similar matters.

9. All of IMWB's attorneys' fees, costs, and disbursements in the Matter, through and including November 30, 2016, are reflected in Exhibit A to this affidavit.

10. I have reviewed the original IMWB time records. The work described in Exhibit A was actually performed for the benefit of the client and was necessary for the proper representation of the client with respect to the Matter.

11. IMWB attorneys' fees incurred in the Matter through November 30, 2016 total $1,075.00.

12. IMWB costs incurred in the Matter through November 30, 2016 total $400.00, *i.e.*, the filing fee paid when the Matter was opened in this Court.

FURTHER AFFIANT SAYETH NOT.

DATED: 01/10/2017  _____

Subscribed and sworn to before me this 10th day of January, 2017.

_____
Notary Public
my notary expire: 3/18/2019

[Notary Seal: KAREN A. SCHUYLER, NOTARY PUBLIC, BALTIMORE COUNTY, STATE OF MARYLAND]

3

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MILLENNIUM PHARMACY SYSTEMS, LLC F/K/A MILLENNIUM PHARMACY SYSTEMS, INC. D/B/A PHARMERICA | : : : : | |
| Plaintiff, | : | |
| v. | : : | Civil Action No. 1:16-cv-03467-JKB |
| ALICE OPERATOR, LLC D/B/A AUTUMN LAKE HEALTHCARE AT ALICE MANOR A/K/A ALICE MANOR NURSING HOME | : : : : | |
| Defendant | | |

**EXHIBIT A (TO AFFIDAVIT OF STEPHAN Y. BRENNAN)**

1

# Iliff, Meredith, Wildberger & Brennan, P.C.

Patriots Plaza, Suites 201-203
8055 Ritchie Highway
Pasadena, MD 21122

| 410-685-1166 | EIN 52-1920559 | FAX 410-685-1233 |
|---|---|---|

## INTERIM BILL

Millenium Pharmacy Systems, LLC
f/k/a Millenium Pharmacy Systems, Inc. d/b/a
PharMerica
c/o Fultz Maddox Dickens PLC
101 South Fifth Street, 27th Floor
Louisville, KY 40202

January 05, 2017

In Reference To: **Millenium Pharmacy Systems, LLC f/k/a Millenium Pharmacy Systems, Inc. d/b/a PharMerica v. Alice Operator, LLC, d/b/a Autumn Lake Healthcare at Alice Manor a/k/a Alice Manor Nursing Home**

Professional services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/18/2016 | SYB | Receive and review e-mail from Amy Hoagland | 0.10 | $25.00 |
| 10/18/2016 | SYB | Receive and review Complaint and Exhibit, Civil Cover Sheet, Corporate Disclosure Statement and Summons | 0.40 | $100.00 |
| 10/18/2016 | SYB | Electronically open case, pay fee, and electronically file Complaint, Exhibit, Civil Cover Sheet and Summons | 0.60 | $150.00 |
| 10/18/2016 | SYB | Electronically file Corporate Disclosure Statement | 0.20 | $50.00 |
| 10/18/2016 | SYB | E-mails (x3) to lead counsel with NEF's for documents filed, copies of documents filed and comments re Judge Bredar | 0.30 | $75.00 |
| 10/19/2016 | SYB | Letter to Ben Fultz and Jennifer Stinnett | 0.20 | $50.00 |
| 10/19/2016 | SYB | Receive and review e-mail from Amy Hoagland | 0.10 | $25.00 |

Millenium Pharmacy Systems, LLC     January 05, 2017     Page 2

In Reference To:   Millenium Pharmacy Systems, LLC f/k/a Millenium Pharmacy Systems, Inc. d/b/a PharMerica v. Alice Operator, LLC, d/b/a Autumn Lake Healthcare at Alice Manor a/k/a Alice Manor Nursing Home

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/20/2016 | SYB | Receive and review summons | 0.10 | $25.00 |
| 10/24/2016 | SYB | Review documents for service by certified mail | 0.20 | $50.00 |
| 10/25/2016 | SYB | Receive and review e-mail from Amy Hogland re service and respond | 0.20 | $50.00 |
| 10/25/2016 | SYB | E-mail to Amy Hogland re service of process | 0.20 | $50.00 |
| 10/31/2016 | SYB | Receive and review signed certified mail return receipt | 0.10 | $25.00 |
| 10/31/2016 | SYB | Complete and electronically file Summons Returned Executed with Exhibit | 0.20 | $50.00 |
| 10/31/2016 | SYB | E-mail to Amy Hoagland, Benjamin Fultz and Jennifer Metzger Stinnett with NEF of Summons Returned Executed and copy of filed document | 0.20 | $50.00 |
| 11/22/2016 | SYB | Receive and review e-mail from Amy Hoagland | 0.20 | $50.00 |
| 11/22/2016 | SYB | Review and revise draft Request for Entry of Default and supporting Affidavit | 0.30 | $75.00 |
| 11/22/2016 | SYB | Electronically file Request for Entry of Default and supporting Affidavit | 0.20 | $50.00 |
| 11/23/2016 | SYB | E-mail to Amy Hoagland transmitting recently filed documents | 0.20 | $50.00 |
| 11/30/2016 | SYB | Receive and review Clerk's Entry of Default | 0.20 | $50.00 |
| 11/30/2016 | SYB | E-mail to Amy Hoagland transmitting Clerk's Entry of Default | 0.10 | $25.00 |

For professional services rendered     4.30    $1,075.00

Millenium Pharmacy Systems, LLC           January 05, 2017                      Page   3

In Reference To:   Millenium Pharmacy Systems, LLC f/k/a Millenium Pharmacy Systems, Inc. d/b/a PharMerica v. Alice Operator, LLC, d/b/a Autumn Lake Healthcare at Alice Manor a/k/a Alice Manor Nursing Home

Additional charges:

|  | Amount |
|---|---|
| $Court Costs | 400.00 |
| Total costs | $400.00 |
| Total amount of this bill | $1,475.00 |
| Balance due | $1,475.00 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Stephan Y. Brennan | 4.30 | 250.00 |